75,780-02



**DENISE COLLINS**

JUDGE, 208TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002

(713) 755-6374
Fax: (713) 368-9219

MONA NATEMEYER
COURT COORDINATOR

In the
Court of Criminal Appeals
at Austin

♦

Writ No. WR-75-780-02
No. 1087429-B
In the 208th District Court
of Harris County, Texas

♦

Ex parte Kurt Andre Miles

♦

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

## TRIAL COURT'S REQUEST FOR EXTENSION TO SUPPLEMENT HABEAS RECORD ON REMAND

The 208th District Court of Harris County, Texas, moves the Honorable Court of Criminal Appeals to grant a first extension of time to comply with its remand order (dated March 18, 2015) to conduct factual investigation for the instant application for writ of habeas corpus in the above-captioned cause and will show the following in support thereof:

### I.

On March 28, 2013, habeas counsel George Parnham filed an application for writ of habeas corpus in cause number 1087429-B on behalf of the applicant. The

**DENISE COLLINS**

JUDGE, 208TH DISTRICT COURT

1201 FRANKLIN

HOUSTON, TEXAS 77002

(713) 755-6374
Fax: (713) 368-9219

MONA NATEMEYER
COURT COORDINATOR

State was served with the application on May 8, 2013. On May 23, 2013, the State filed a motion requesting designation of issues in cause number 1087429-B. On June 4, 2013, this Court entered an order designating issues needing to be resolved in cause number 1087429-B.

On April 21, 2014, the State filed an answer and proposed order designating issues and for filing affidavit in cause number 1087429-B. On May 30, 2014, this Court entered an order designating issues needing to be resolved in cause number 1087429-B and ordering trial counsel Wilfred Anderson submit an affidavit concerning his representation of the applicant.

On October 29, 2014, the State filed proposed findings and conclusions of law in cause number 1087429-B. On January 30, 2015, this Court entered findings of fact and conclusions of law in cause number 1087429-B.

On March 18, 2015, the Court of Criminal Appeals issued an unpublished order remanding the instant cause to this Court in writ number WR-75,780-02 and ordering that this Court resolve factual issues by, among many options, obtaining affidavits or conducting an evidentiary hearing to address the applicant's factual claims of ineffective

**DENISE COLLINS**

JUDGE, 208TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002

(713) 755-6374
Fax: (713) 368-9219

MONA NATEMEYER
COURT COORDINATOR

assistance of counsel in trial. *Ex parte Miles*, No. WR-75,780-02 (Tex. Crim. App. March 18, 2015). The Court of Criminal Appeals' remand order required the trial court to resolve factual issues by June 16, 2015, and supplement the habeas record by July 16, 2015.

On April 24, 2015, the State filed a motion requesting order for filing affidavit in cause number 1087429-B. On this same date, this Court entered an order for trial counsel Wilfred Anderson to again file an affidavit concerning his representation of the applicant. Unforeseen flooding in Houston in late May, difficulty locating the appellate record, and family circumstances lead to a delay in the receipt of Mr. Anderson's affidavit. Mr. Anderson's affidavit was received on June 10, 2015. Additionally, the State has requested medical records from several facilities where the applicant may have received mental health treatment in 2004, in order to address the factual issues delineated in the Court of Criminal Appeals' remand order. These records are not yet available for review. Upon receipt and review of these items, this Court will enter findings of fact as ordered by the Court of Criminal Appeals.

**II.**



## DENISE COLLINS
JUDGE, 208TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002

(713) 755-6374
Fax: (713) 368-9219

MONA NATEMEYER
COURT COORDINATOR

THEREFORE, this Court respectfully requests a sixty (60) day extension of time, to resolve factual issues, enter findings of fact, and supplement the habeas transcript with the findings of fact, affidavits, and other documentation necessary to resolve factual issues and to forward such habeas transcript to the Court of Criminal Appeals in writ number WR-75,780-02.

## III.

WHEREFORE, PREMISES CONSIDERED, this Court respectfully requests that the Court of Criminal Appeals allow an additional sixty (60) days, to fully comply with its order in writ number WR-75,864-03.

SIGNED this __15__ day of _____, 2015.

_____

PRESIDING JUDGE, 208TH DISTRICT COURT
HARRIS COUNTY, TEXAS

4